O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>MATHEW MICHAEL HESTERLY,<br><br>               Defendant. | Case No. SACR08-00029-JVS<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrants issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),  The Court finds that:

A.     (X)     The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1   B.   (X)   The defendant has not met his burden of establishing by clear and convincing

2              evidence that he is not likely to pose a danger to the safety of any other person

3              or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4              is based on the nature of the charged offense and defendant's criminal history.

5

6       IT THEREFORE IS ORDERED that the defendant be detained pending the further

7   revocation proceedings.

8

9

10  Dated: December 20, 2011

11                                          _____/s/   Arthur Nakazato_____
                                                ARTHUR NAKAZATO
12                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28