FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC – 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY S.hy                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR 08-28 JVS & SACR 08-29 JVS |
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| MATTHEW MICHAEL HESTERLY, | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| Defendant. | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable James V. Selna, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer any evidence rebutting the presumption that he is a danger and flight risk. Further, the defendant is a flight risk because of his lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1  B.  (X)  The defendant has not met his burden of establishing by clear and convincing

2           evidence that he is not likely to pose a danger to the safety of any other person

3           or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding

4           is based on the nature of the charged offense and defendant's criminal history.

5

6          IT THEREFORE IS ORDERED that the defendant be detained pending the further

7  revocation proceedings.

8

9

10 Dated: December 4, 2012

11                                         /s/     Arthur Nakazato
                                         ARTHUR NAKAZATO
12                                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28